NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2009-3201

ANGEL B. DELOS REYES, JR.,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0831080721-I-1.

ON MOTION

## O R D E R

Upon consideration of the respondent's motion for leave to file the petitioner's

and the respondent's briefs out of time,

IT IS ORDERED THAT:

The motion is granted. The court's order dismissing the petition for review is

vacated, the mandate is recalled, and the petition for review is reinstated. The case is

ready for assignment to a calendar.

FOR THE COURT

| | |
|---|---|
| MAR 25 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Angel B. Delos Reyes, Jr.
Russell A. Shultis, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2010

JAN HORBALY
CLERK